The Honorable Paul B. Snyder
Chapter 13
Hearing Date: May 6, 2010
Hearing Time: 1:00 PM
Hearing Location: Tacoma Courthouse, Tacoma, Washington
Response Due Date: **April 29, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

SHIRLENE McMURRAY,

Debtor(s).

Case No. 09-45271 PBS

Chapter 13

DEBTORS' ORIGINAL APPLICATION FOR REIMBURSEMENT OF FEES & COSTS WITH NOTICE OF HEARING & PROOF OF SERVICE

**PLEASE TAKE NOTICE** that hearing on Debtors' Original Fee Application Motion will be held on May 6, 2010.

| JUDGE: | The Honorable Paul B. Snyder |
|---|---|
| PLACE: | 1717 Pacific Avenue, Tacoma, WA 98402, Courtroom H |
| DATE: | May 5, 2010 |
| TIME: | 1:00 PM |
| **RESPONSE DATE:** | **April 29, 2010** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is **April 29, 2010.** If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this 5th day of April, 2010

DEBTORS' APPLICATION FOR REIMBURSEMENT OF
FEES AND COSTS - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,. SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

SEATTLE DEBT LAW, LLC

By:     _/s/ Christina Latta Henry_
Christina Latta Henry, WSBA 31273
Attorney for Debtor

## FEE APPLICATION MOTION

**COMES NOW** Christina Latta Henry, attorney for the Debtor(s) and moves the court for an order approving original attorneys' fees and costs. A detail of the time and costs expended is attached hereto as **Exhibit A.** As set forth in the attached detail, professional fees and costs expended to date are $4,388.89. Attorney time is charged at $240.00 per hour for Christina Latta Henry ("CLH") and $195.00 per hour for Camille Nightingale ("CVN"). This rate is reasonable in light of the experience and skills of counsel. Paralegal time for Christine Turner is charged at $100.00 per hour ("CAT") and $100.00 per hour for Theresa Shim ("TS"). This rate is reasonable in light of the experience and skills of the paralegals. Debtor(s) paid counsel $2,500.00 for attorney fees prior to filing, excluding the filing fee. Since this is the first fee application, the Debtors' attorneys request a total of $1,888.89 to be approved. At this time Debtors' attorney has only been paid $1,800 no look fee and is still holding $700 in trust pending approval of this fee application.

Counsel asks that the court approve the original fees and costs as an administrative expenses pursuant to 11 U.S.C. §503(b). The fees should be paid prior to all creditors until attorney fees and costs are paid in full, excluding payments to the Chapter 13 Trustee.

If the case is eventually dismissed, monies being held by the trustee's office in this case should not be refunded to the Debtor(s) until after payment in full of the trustee's fees and costs and Debtor(s) approved attorney fees and costs. This request is made pursuant to 11 U.S.C. §1326(a)(2).

/ /

/ /

DEBTORS' APPLICATION FOR REIMBURSEMENT OF
FEES AND COSTS - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Respectfully submitted this 5th day of April, 2010.

SEATTLE DEBT LAW, LLC

By: /s/ Christina Latta Henry
Christina Latta Henry, WSBA# 31273
Attorney for Debtors

PROOF OF SERVICE

I, Christine A. Turner, under penalty of perjury, declare that on the date(s) indicated below, I caused a copy of *Notice of Motion, Original Application for Payment of Attorneys' Fees and Costs, Declaration of Counsel in Support of Application and Proposed Order* to be served on the party(s) listed below via ECF:

On April 5, 2010 via ECF

| | |
|---|---|
| David M. Howe | edfcomputer@chapter13tacoma.org |
| US Trustee | USTPRegion18.SE.ECF@usdoj.gov |
| Bradley Boswell Jones | bbjlaw301@hotmail.com |
| Aaron C. MAssser | ECF@rcolegal.com |

and to the to the parties listed below and on the USBC Matrix extracted from PACER and attached hereto as **Exhibit B.**

Alaska USA Federal Credit Union
PO Box 196613
Anchorage, AK 99519-6613

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 5th day of April, 2010 at Seattle, Washington.

/s/ Christine A. Turner
Christine A. Turner

DEBTORS' APPLICATION FOR REIMBURSEMENT OF
FEES AND COSTS - 3

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Fee Report

Christina Henry
Senior Attorney

| Date | Narrative | Time |
|---|---|---|
| 05/04/2009 | Initial meeting with S. McMurray re potential bankruptcy filing | N/A |
| 05/06/2009 | Meeting with S. McMurray in Kirkland re signing of contract and information needed for worksheets and bankruptcy filing. | 0.8 |
| 07/22/2009 | Prepare bankruptcy schedules, means test and review paystubs; e-mail to Debtor for review and additional information; prepare short file; prepare amended petition to change jurisdiction to Tacoma. | 4.2 |
| 08/05/2009 | Finalize income and expenses and paystubs for means test. | 0.4 |
| 08/10/2009 | Prepare Chapter 13 Plan. | 0.8 |
| 08/11/2009 | File Amended Chapter 13 plan and amended income and expenses | 0.4 |
| 08/11/2009 | E-mail to R. Wilson re filing and service of Chapter 13 plan and trustee documents. | 0.1 |
| 08/27/2009 | Attended 341 Meeting of Creditors in Tacoma. | 2.5 |
| 09/03/2009 | Review e-mail from J. Robson re Chapter 13 plan changes needed and need for adversary proceeding. | 0.2 |
| 10/22/2009 | Finalized language for agreed order on adversary proceeding with Wells Fargo. | .3 |
| 11/04/2009 | E-mail from J. Brown re status of confirmation issues. | 0.1 |
| 01/21/2010 | E-mail from J. Brown re need to file amended plan for confirmation. | 0.1 |
| 02/01/2010 | Meeting with C. Nightingale re means test issues and need to 60 month plan. | 0.1 |
| 02/01/2010 | E-mail of Plan to J. Brown re feasibility prior to filing. | 0.1 |
| 02/02/2010 | Meeting with S. McMurray re sign off on Amended Plan and need for 60 months. | 0.4 |
| 02/02/2010 | Review e-mail from J. Brown re need to increase payments; meeting with C. Nightingale re plan feasibility and changes needed. | 0.3 |
| 02/24/2010 | Signature on plan confirmation order | 0.1 |
| | | 10.9 |
| | | |
| | 10.9 hrs @$240.00 | $2,616.00 |

Camille V. Nightingale
Associate Attorney

| Date | Narrative | Time |
|---|---|---|
| 09/04/09 | Email paystubs to trustee; examine six months pre-filing paystubs for means test; analyze problems with means test/plan; email trustee's office re changes to means test | 1.5 |
| 08/11/09 | Amendments to Chapter 13 Plan | .5 |
| 01/20/10 | Calculations for and amendments to plan and means test | .75 |
| 01/29/20 | Calculations for and amendments to plan and means test | 1.5 |
| 02/01/10 | Finish plan and means test amendments | .75 |

Exhibit A

| Date | Narrative | Time |
|---|---|---|
| 02/04/10 | Make small changes to plan and amend schedules I&J | .5 |
| | | 5.5 |
| | | |
| | 5.5 hrs @ $195/hour | $1,072.50 |

Christine Turner
Paralegal Time

| Date | Narrative | Time |
|---|---|---|
| 08/05/09 | E-mail to client re Wells Fargo letters re bank account dated 7/21/09 | .1 |
| 08/11/09 | Review and preparation of Amended Plan for Service | .2 |
| 08/12/09 | Prepare Proof of Service re Amended Plan | .2 |
| 02/26/10 | Prepare Declaration of No Objection re Confirmation of Amended Plan with Proof of Service | .2 |
| 04/05/10 | Review file, time and cost report, fee reports in connection with Original Application for Reimbursement of Fees and Costs; draft Notice, Motion, Declaration of Counsel, Proposed Order and Proof of Service for Same; review same with Senior counsel; finalize pleadings and prepare documents for service | 2.1 |
| | | 2.8 |
| | 2.8 hrs @ $100 | $280.00 |

Lisa Huston
Paralegal Time

| Date | Narrative | Time |
|---|---|---|
| | | |
| 09/22/2009 | Prepare Complaint for strip off of the 2nd mortgage lien. | 1.5 |
| 09/28/2009 | Serve Summons and Complaint on 2nd mortgage lender and prepare proof of service. | 0.3 |
| 10/19/2009 | E-mail from B. Jones re Wells Fargo agreeing that there was no dispute on value and asking for an agreed order. | 0.2 |
| 10/23/2009 | Prepared Agreed order for Wells Fargo re Adversary proceeding. | 0.2 |
| | | 1.9 |
| | | |
| | 1.9 hours at $100.00 per hour | $190.00 |

Theresa A. Shim
Paralegal Time

| Date | Narrative | Time |
|---|---|---|
| 05/06/2009 | Prepare Engagement Letter and Intake Packet | .3 |
| 08/07/2009 | Telephone call from client re Notice of Deadlines | .1 |
| 08/11/2009 | Preparation of e-mailed Trustee with Info Sheet & Taxes | .1 |
| 08/12/2009 | Preparation of e-mail to Trustee with paystubs | .1 |

| Date | Narrative | Time |
|---|---|---|
| 08/19/2009 | Preparation of e-mail to Trustee re bank statements | .1 |
| 08/27/2009 | Preparation of e-mail to Trustee with six months paystubs | .1 |
| 02/03/2009 | Prepare Note, Motion, Proposed Order and Proof of Service re Motion to Confirm Amended Plan; prepare same for mailing | .4 |
| | | 1.2 |
| | | |
| | 1.2 hrs @ $100.00 per hour | $120.00 |

| TOTAL TIME AND COSTS | Time |
|---|---|
| Christina Latta Henry | $2,616.00 |
| Camille V. Nightingale | 1,072.50 |
| Christine A. Turner | 280.00 |
| Lisa A. Huston | 190.00 |
| Theresa A. Shim | 120.00 |
| | $4,278.50 |
| | |
| Total Fees: | $4,278.50 |
| Total Costs: | 110.39 |
| Total Requested Reimbursement: | $4,388.89 |

McMurray

Cost & Expense Report

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06/09 | Copies 107 @ .20 | 21.40 |
| 08/11/09 | Postage 13 x .44 | 5.72 |
| 08/30/09 | Copies 122 @ .20 | 24.40 |
| 09/28/09 | Postage | 5.71 |
| 02/03/10 | Postage 26 x .44 | 11.44 |
| 02/05/10 | Postage 31 x .44 | 13.64 |
| 04/05/10 | Postage 27 x .44 | 11.88 |
| 04/05/10 | Copies 81 @ .20 | 16.20 |
| | Total Costs: | $110.39 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 09-45271-PBS<br>Western District of Washington<br>Tacoma<br>Mon Apr 5 13:21:12 PDT 2010 | AT&T Wireless<br>PO Box 68056<br>Anaheim Hills, CA 92817-0856 | Alaska Federal Credit Union<br>PO Box 196613<br>Anchorage, Alaska 99519-6613 |
| Alaska USA Federal Credit Union<br>PO Box 196613<br>Anchorage, AK 99519-6613 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| FIA Card Svcs, NA AKA Bank of America<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | GMAC Mortgage<br>Attn: Customer Care<br>PO Box 1330<br>Waterloo, IA 50704-1330 | GMAC Mortgage LLC<br>Routh Crabtree Olsen, P.S.<br>c/o Aaron Masser<br>3535 Factoria Blvd SE #200<br>Bellevue, WA 98006-1263 |
| GMAC Mortgage, LLC<br>Attn: Mail Code 507-345-110<br>3451 Hammond Avenue<br>Waterloo , IA 50702-5300 | Christina Latta Henry<br>Seattle Debt Law LLC<br>705 2nd Avenue Ste 1050<br>Seattle, WA 98104-1759 | David M Howe<br>1551 Broadway, Ste 600<br>Tacoma, WA 98402-3320 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | K. Michael Fitzgerald<br>600 University Street<br>Ste 2200<br>Seattle, WA 98101-4152 | Kinecta Federal Credit Union<br>Card Department<br>PO Box 3038<br>Evansville, IN<br>47730-3038 |
| Kinecta Federal Credit Union<br>Formerly Hughes Aircraft<br>1440 Roscrans Ave.<br>PO Box 10003<br>Manhattan Beach, CA 90267-7503 | Aaron C Masser<br>Routh Crabtree Olsen PS<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 | Shirlene McMurray<br>1911 SW Campus Dr<br>#369<br>Federal Way, WA 98023-6473 |
| PRA Receivables Management LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, Va 23541-1067 | Sallie Mae<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Sallie Mae Inc. on behalf of<br>United Student Aid Funds, Inc.<br>USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Sallie Mae PC Trust<br>C/O Sallie Mae, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Seattle Debt Law, LLC<br>705 Second Ave. Suite 501<br>Seattle, WA 98104-1715 |
| Paul B Snyder<br>1717 Pacific Ave<br>Tacoma, WA 98402-3234 | US Trustee<br>Office of the United States Trustee<br>United States Courthouse<br>700 Stewart St., Ste. 5103<br>Seattle, WA 98101-4438 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |

*Exhibit B.*

Wells Fargo Bank
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328-0001

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank, NA
Correspondence
PO Box 4233
Portland, OR 97208-4233

Wells Fargo Bank, NA
c/o Customer Management
PO Box 95225
Albuquerque, NM 87199-5225

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
PO Box 21126
Philadelphia PA  19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Shirlene McMurray
1911 SW Campus Dr
#369
Federal Way, WA 98023-6473

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34