# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: Shirlene McMurray     CASE NO: 09-45271-PBS

FOR:
- ✓ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

OLD ADDRESS:

NAME: Shirlene McMurray

ADDRESS: 1911 SW Campus Drive #369

Federal Way, WA 98023

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: Shirlene McMurray

ADDRESS: 2033 2nd Ave #604

Seattle, WA 98121

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Shirlene Mc Murray          Date 4/10/2014

Rev. 6/28/2012
Change of Address